LEWIS BRISBOIS BISGARRD & SMITH LLP
THOMAS S. KIDDE, SB# 61717
   E-Mail: Thomas.Kidde@lewisbrisbois.com
633 W. 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213-250-1800
Facsimile: 213-250-7900

CARRIE A. SHUFFLEBARGER, (*pro hac vice* application to be filed)
(Ohio SB# 81141)
   E-Mail: Carrie.Shufflebarger@ThompsonHine.com
THOMPSON HINE LLP
312 Walnut Street, 14th Fl.
Cincinnati, Ohio 45202-4089
Telephone: (513) 352-6678
Facsimile:  (513) 241-4771

Attorneys for Plaintiff Zeltiq Aesthetics, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELTIQ AESTHETICS, INC., | CASE NO. |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | |
| SUN SERENITY SPA AND JACQUIE PEREZ, | **(1) FEDERAL TRADEMARK INFRINGEMENT** |
| Defendants. | **(2) FALSE ADVERTISING** |
| | **(3) FEDERAL UNFAIR COMPETITION** |
| | **(4) CALIFORNIA AND COMMON LAW UNFAIR COMPETITION** |

Plaintiff Zeltiq Aesthetics, Inc. ("Zeltiq"), by and through its undersigned counsel, hereby submits its Complaint against Defendants Sun Serenity Spa and Jacquie Perez (collectively, "Defendants").

## NATURE OF THE ACTION

1.     This is an action brought under the trademark laws of the United States,

1  including the Lanham Act, 15 U.S.C. §§ 1051 et seq., for trademark infringement,

2  false advertising, false designation of origin, and unfair competition.

3  ## THE PARTIES

4      2.    Plaintiff Zeltiq is a corporation organized and existing under the laws

5  of Delaware with a principal place of business at 4698 Willow Road, Pleasanton,

6  California, 94588.

7      3.    On information and belief, Defendant Sun Serenity Spa ("Sun

8  Serenity") is an unincorporated d/b/a owned in whole or in part by Defendant

9  Jacquie Perez, with a place of business at 11 Plaza, Suite C, Patterson, California

10  95363.

11      4.    On information and belief, Defendant Jacquie Perez is an individual

12  resident of this district who transacts business at 11 Plaza, Suite C, Patterson,

13  California 95363. On information and belief, Ms. Perez is the owner of Sun

14  Serenity.

15  ## JURISDICTION AND VENUE

16      5.    This Court has subject matter jurisdiction over this case pursuant to 28

17  U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1338 (civil action

18  arising under any Act of Congress relating to trademarks).

19      6.    This Court has personal jurisdiction over Defendants because they

20  reside in and/or transact business within this state and in this judicial district, and

21  Zeltiq's causes of action arise from transactions within this state and judicial district.

22      7.    Venue in this district is proper pursuant to 28 U.S.C. § 1391(b).

23  ## FACTUAL BACKGROUND

24      **A.**    **Zeltiq and its CoolSculpting Procedure**

25      8.    Zeltiq is a medical technology company that owns or is the exclusive

26  licensee of the technology underlying the process known as Cryolipolysis®, a non-

27

28

4815-8514-7686.1

2

COMPLAINT

1  invasive, patented, clinically proven procedure which involves freezing fat cells
2  without damage to the skin.

3      9.      Cryolipolysis treatments involve the selective reduction of fat bulges
4  through the controlled cooling of subcutaneous fat tissue, which is broken down and
5  absorbed by the body through a natural, biological process known as "apoptosis" to
6  gradually reshape body contours.

7      10.     The technology underlying the Cryolipolysis process was developed by
8  Drs. Richard Rox Anderson and Dieter Manstein at Harvard University and
9  Massachusetts General Hospital, and has been exclusively licensed to Zeltiq.

10     11.     A medical device may be introduced into commerce in the United
11  States only after the U.S. Food and Drug Administration ("FDA") has reviewed the
12  device and determined how it should be classified, including whether it may be
13  distributed at all.

14     12.     The FDA cleared Zeltiq's Cryolipolysis device in September 2010 for
15  the provision of Cryolipolysis services to the flank region, or "love handles," for the
16  abdomen in May 2012, and for the thighs in April 2014.

17     13.     Zeltiq is the only party in the United States to have obtained FDA
18  clearance to offer a device for body contouring services using cooling technology.

19     14.     Zeltiq markets its Cryolipolysis device and system under the registered
20  trademarks Zeltiq® and CoolSculpting®, which it distributes exclusively to
21  authorized medical professionals that receive training on proper use of the device in
22  compliance with FDA clearance ("Authorized Providers").

23  **B.     Zeltiq's Registered Trademarks and Service Marks**

24     15.     Zeltiq has extensively marketed and promoted its CoolSculpting®
25  system.

26     16.     Zeltiq's CoolSculpting® system has received substantial press

27
28

coverage in the national media since its clearance by the FDA for non-invasive, cosmetic body-contouring, including features on television shows such as The Today Show, Good Morning America, The CBS Early Show, The Rachel Ray Show, The Dr. Oz Show, Extra, Nightline, The Doctors, and E! News, and in magazines such as O, Elle, Marie Claire, Allure, Men's Fitness, Town & Country, Elevate, W, and Vie.

17. Zeltiq owns several trademarks used in connection with its Cryolipolysis device and services (the "Zeltiq Marks"), which are registered in the United States Patent and Trademark Office. Several of the Zeltiq Marks are also registered in China. The Zeltiq Marks include:

| MARK | U.S. REG. NO. | GOODS/SERVICES |
| --- | --- | --- |
| ZELTIQ | 3,897,576 | Medical devices, namely, apparatus for tissue contouring and cellulite improvement; medical services, namely, procedures and services in the nature of tissue contouring and cellulite improvement. |
| COOLSCULPTING | 3,921,045 | Medical services, namely, procedures and services in the nature of tissue contouring and cellulite improvement. |
| COOLSCULPTING | 3,957,850 | Medical devices, namely, apparatus for tissue cooling, contouring and cellulite improvement; medical devices used to destroy fat cells. |
| CRYOLIPOLYSIS | 3,987,356 | Medical services, including diagnostic and treatment |

LEWIS
BRISBOI
S

| MARK | U.S. REG. NO. | GOODS/SERVICES |
|---|---|---|
| (Supplemental Register) | | services related to the destruction of fat cells in human beings; medical consultations related to the destruction of fat cells in human beings. |
|  | 4,172,721 | Medical devices, namely, apparatus for tissue cooling, contouring and cellulite improvement; medical devices used to destroy fat cells; Medical services, namely, procedures and services in the nature of tissue cooling, contouring and cellulite improvement. |

18.     Zeltiq has developed the Zeltiq Marks at great expense, and they are valuable and irreplaceable assets.  Additionally, Zeltiq has invested substantial sums in advertising and promoting its technology under the Zeltiq Marks in connection with the marketing and sale of the CoolSculpting® system.

19.     Zeltiq's trademarks are widely recognized in the United States and worldwide as the identifier of Zeltiq and its high quality goods and services.

### C.     Defendants' Conduct

20.     Defendants advertise and perform purported body contouring services using cooling technology at Sun Serenity's facility using a device that is not an authorized CoolSculpting® device.

21.     Defendants falsely identified these services as "CoolSculpting", which they represented as "an FDA approved technology that uses cold therapy to freeze and destroy fat cells, with no surgery required."  A copy of Defendants'

1  advertisement identifying their services as "CoolSculpting" is attached as Exhibit A.

2       22.    Defendants also included a video clip on their website of Zeltiq's

3  CoolSculpting® procedure from The Dr. Oz Show, falsely suggesting their services

4  were the same or the clinical equivalent thereof.  A screen shot of Defendants'

5  display of this video is attached as Exhibit B.

6       23.    Upon learning of Defendants' conduct, counsel for Zeltiq sent a

7  demand letter to Defendants, advising Defendants of Zeltiq's position as the sole

8  provider of body contouring services using cooling technology that has achieved

9  FDA clearance, and seeking discontinuation of Defendants' acts of infringement,

10  unfair competition, and false advertising.

11       24.    Defendants responded to Zeltiq's correspondence by representing they

12  had "purchased a piece of equipment, and were informed it was FDA certified."

13  Zeltiq responded by reiterating that Defendants' device was not a genuine Zeltiq

14  CoolSculpting® device, that Zeltiq's CoolSculpting device is the only device to have

15  FDA clearance to perform Cryolipolysis, and thus Defendants' conduct is illegal.

16       25.    Rather than ceasing their performance of medical treatments with a

17  device not cleared by the FDA, Defendants instead began advertising these services

18  as "Lipo Freeze," using an image confusingly similar to images used by Zeltiq to

19  promote genuine CoolSculpting® services.  A copy of Defendants' "Lipo Freeze"

20  advertisement is attached as Exhibit C, and a copy of Defendants' price list

21  identifying their so-called "Lipo-Freeze" services is attached as Exhibit D.

22       26.    After receiving Zeltiq's demand letter, Defendants revised their website

23  to reference their services as "Lipo Freeze," but did not remove the video showing

24  Zeltiq's CoolSculpting® procedure on the Dr. Oz show, still falsely suggesting their

25  services were the clinical equivalent to CoolSculpting®.  A screen shot of

26  Defendants' display of this video, identifying it as "Lipo Freeze," is attached as

27

28

1 | Exhibit E.

2

3 |     27.    The FDA has not authorized the sale or use of Defendants' Lipo Freeze

4 | device in the United States, nor has the safety and effectiveness of Defendants' Lipo

5 | Freeze device been evaluated by the FDA or any agency or organization in the

6 | United States.

7 |     28.    Because the Lipo Freeze device promoted and used by Defendants has

8 | not received any clearance from the FDA for any intended use, its sale and

9 | distribution is unlawful.

10 |     29.    On or around March 26, 2015, Special Agent Marc Beeson of the

11 | United States Department of Homeland Security visited Sun Serenity and spoke to

12 | Ms. Perez, advising her that her device was illegal, and that they needed to cease

13 | and desist advertisement and use of the so-called "Lipo Freeze" device.

14 |     30.    Despite this warning by the Department of Homeland Security,

15 | Defendants continue to offer so-called Lipo Freeze services, which a representative

16 | of Zeltiq confirmed by telephoning Sun Serenity on July 7, 2015.

17 |     31.    Defendants' representations concerning their so-called "Lipo Freeze"

18 | services are false and misleading, because Zeltiq's CoolSculpting Cryolipolysis

19 | device and system is the only cold-based treatment and device to obtain FDA

20 | clearance in the United States.

21 |     32.    Defendants' representations are material, as they are likely to influence

22 | purchasing decisions.

23 |     33.    By using the terms "CoolSculpting," "Cold Sculpting," and

24 | "Cryolipolysis" in connection with their services, Defendants are using marks that

25 | are identical to or confusingly similar to the Zeltiq Marks.

26 |     34.    Defendants' activities have deceived or have the capacity to deceive a

27

28

LEWIS BRISBOIS

1    substantial segment of customers, who are likely to believe Defendants' Lipo Freeze

2    device and services are the same as or equivalent to Zeltiq's FDA-cleared

3    CoolSculpting device.

4    35.    Defendants' activities are causing injury to Zeltiq, because they

5    diminish the value of Zeltiq's reputation and good will that it has cultivated as the

6    sole provider of FDA-cleared Cryolipolysis services.

7    36.    On information and belief, the Lipo Freeze device is a "knock-off"

8    imported from overseas, and may also infringe one or more patents owned by or

9    exclusively licensed to Zeltiq.

10    37.    On information and belief, the Lipo Freeze device is unlawful.  Its

11    manufacturer has not registered the devices with the FDA; the device lacks FDA

12    clearance for any use whatsoever; and its importation, distribution, and sale is

13    prohibited by the federal Food Drug and Cosmetic Act and regulations issued

14    pursuant to the Act.

15    38.    Defendants have actual knowledge of the illegality of their device from

16    the Department of Homeland Security Special Agent Marc Beeson.

17    **D.    Zeltiq's Inability to Exercise Quality Control Over**

18    **Defendants' Conduct**

19    39.    On information and belief, the services offered by Defendants do not

20    meet Zeltiq's high standards for services rendered under the Zeltiq Marks.

21    40.    Zeltiq lacks the means to ensure that Defendants' Lipo Freeze device

22    and the services rendered with that device comply with FDA guidelines and meet

23    Zeltiq's quality standards.

24    41.    On information and belief, Defendants' customers have been confused

25    as to the source, origin, affiliation, connection, or association of Defendants' device,

26    mistakenly believing the Lipo Freeze device is the same as Zeltiq's device, is

27

28

LEWIS
BRISBOIS

1   approved of by Zeltiq, or is the clinical equivalent thereof.

2       42.   Defendants' unauthorized and improper false statements of material

3   fact, and use of Zeltiq's trademarks or confusingly similar trademarks in connection

4   with Defendants' Lipo Freeze device, is likely to diminish the reputation of Zeltiq,

5   and the value of its intellectual property and good will associated therewith.

6       43.   Defendants' activities have caused confusion, mistake, and deception

7   regarding similarity of the Lipo Freeze device to Zeltiq's CoolSculpting system;

8   have caused actual consumer confusion; and have caused both pecuniary and

9   reputational injury to Zeltiq.

10              **FIRST CAUSE OF ACTION**

11         **FEDERAL TRADEMARK INFRINGEMENT**

12               **(15 U.S.C. § 1114)**

13            **(Injunctive Relief and Damages)**

14      44.   Zeltiq incorporates by reference as if fully stated herein the allegations

15   contained in paragraphs 1 through 43.

16      45.   Defendants' unauthorized use in commerce of CoolSculpting®,

17   Cryolipolysis®, or confusingly similar variations thereof in connection with its

18   advertising, marketing, and provision of so-called Lipo Freeze services, as alleged

19   herein, is likely to cause confusion, to cause mistake, or to deceive consumers as to

20   the source, origin, affiliation, connection, or association of Defendants to Zeltiq, and

21   is likely to cause consumers to mistakenly believe that Defendants' services have

22   been authorized, sponsored, approved, endorsed, or licensed by Zeltiq, or that

23   Defendants' services are the same as or is in some way affiliated with Zeltiq or the

24   goods and services that Zeltiq offers under its marks.

25      46.   Defendants' acts, alleged herein, constitute willful federal trademark

26   infringement and counterfeiting in violation of Section 32 of the Lanham Act, 15

27

28

LEWIS
BRISBOIS

4815-8514-7686.1

1  U.S.C. §1114.

2  47.  By reason of Defendants' actions, Zeltiq has suffered irreparable harm
3  to its valuable trademarks and service marks and the goodwill associated therewith.
4  Zeltiq has been and, unless Defendants are preliminarily and permanently restrained
5  from their actions, will continue to be irreparably harmed.  Zeltiq has no adequate
6  remedy at law and therefore seeks injunctive relief under 15 U.S.C. § 1116.

7  48.  As a direct and proximate result of Defendants' conduct, Zeltiq has
8  suffered and will continue to suffer damages in an amount to be proved at trial.

9  **SECOND CAUSE OF ACTION**
10  **FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN**
11  **(15 U.S.C. § 1125(a)(1)(B))**
12  **(Injunctive Relief and Damages)**

13  49.  Zeltiq incorporates by reference as if fully stated herein the allegations
14  contained in paragraphs 1 through 48.

15  50.  Defendants' advertisement and promotion of so-called Lipo Freeze
16  services using descriptions that pertain solely to Zeltiq's patented, FDA-cleared
17  CoolSculpting® device and treatments constitutes misrepresentation of the nature,
18  characteristics, and qualities of their goods, services, and commercial activities.

19  51.  Zeltiq has invested substantial effort and resources to obtain FDA
20  clearance for its CoolSculpting system.  Zeltiq is harmed by the false advertising of
21  the Lipo Freeze services in the form of lost sales, and harm to and dilution of its
22  brand image.

23  52.  Defendants' advertising of the Lipo Freeze services and the safety and
24  efficacy of treatments with those devices is false and misleading, because the
25  description of the services implies falsely that they employ the Cryolipolysis
26  technology that is associated with Zeltiq.

27

28

LEWIS
BRISBOIS

53.     Defendants' acts, alleged herein, constitute false advertising and false designation of origin in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

54.     By reason of Defendants' actions, Zeltiq has suffered irreparable harm to its reputation.  Zeltiq has been and, unless Defendants are preliminarily and permanently restrained from their actions, will continue to be irreparably harmed. Zeltiq therefore seeks a preliminary and permanent injunction to restrain the sale, distribution, and promotion of the Lipo Freeze devices.

55.     As a direct and proximate result of Defendants' conduct, Zeltiq has suffered and will continue to suffer damages in an amount to be proved at trial.

56.     Zeltiq further seeks damages in the form of disgorgement of all revenue Defendants have received from the distribution, sale, and use of the Lipo Freeze device.

## THIRD CAUSE OF ACTION
## FEDERAL UNFAIR COMPETITION
### (15 U.S.C. § 1125(a)(1)(A))
### (Injunctive Relief and Damages)

57.     Zeltiq incorporates by reference as if fully stated herein the allegations contained in paragraphs 1 through 56.

58.     Defendants' unauthorized use in commerce of Zeltiq's CoolSculpting®, and Cryolipolysis®, service marks or a confusingly similar variation thereof and other materials identified herein in connection with its advertising, marketing, and provision of Lipo Freeze services, as alleged herein, is likely to cause confusion, to cause mistake, or to deceive consumers as to the source, origin, affiliation, connection, or association of Defendants' devices, and is likely to cause consumers to mistakenly believe that Defendants' devices have been

1  authorized, sponsored, approved, endorsed, or licensed by Zeltiq, or that Defendants

2  are in some way affiliated with Zeltiq or the goods and services that Zeltiq offers

3  under its marks.

4       59.     Defendants' acts, alleged herein, constitute infringement and unfair

5  competition in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C.

6  § 1125(a)(1)(A).

7       60.     By reason of Defendants' actions, Zeltiq has suffered irreparable harm

8  to its valuable trademarks and service marks and the goodwill associated therewith.

9  Zeltiq has been and, unless Defendants' are preliminarily and permanently

10  restrained from their actions, will continue to be irreparably harmed.

11       61.     As a direct and proximate result of Defendants' conduct, Zeltiq has

12  suffered and will continue to suffer damages in an amount to be proved at trial.

### FOURTH CLAIM FOR RELEIF

### CALIFORNIA AND COMMON LAW

### UNFAIR COMPETITION

### (California Business & Professions Code §17200)

17       62.     Zeltiq incorporates by this reference as if fully stated herein the

18  allegations contained in paragraphs 1 through 61.

19       63.     Defendants' conduct constitutes an unfair and fraudulent business

20  practice and unfair competition under California Business and Professions Code

21  §§17200 *et seq.* and the common law.

22       64.     As a result of Defendants' unfair practices, Defendants have unfairly

23  acquired or retained money, in an amount to be proven at trial.  Zeltiq is entitled to

24  an order that Defendants disgorge all such unfairly acquired money.

25       65.     Defendants' unfair practices have caused, and will continue to cause,

26  irreparable harm to Zeltiq, harm for which Zeltiq has no adequate remedy at law.

27

28

LEWIS
BRISBOIS

1 For those reasons, Zeltiq is entitled to preliminary and permanent injunctive relief to

2 prevent further acts of unfair competition.

3

4 ### **PRAYER FOR RELIEF**

5 WHEREFORE, Zeltiq respectfully requests the following relief:

6 A.     That Defendants, their affiliates, officers, directors, agents,

7 representatives, attorneys, and all persons acting or claiming to act on their behalf or

8 under their direction or authority, and all persons acting in concert or participation

9 therewith, be preliminarily and permanently enjoined from:

10 (i)     using the marks CoolSculpting®, Cryolipolysis®, Zeltiq's

11 snowflake logo, or any confusingly similar mark or colorable imitation

12 thereof in connection with the promotion, advertisement, display, sale,

13 or distribution of any goods or services offered by Defendants;

14 (ii)     performing any act, making any statement, or distributing any

15 materials that are likely to lead members of the public to believe that

16 any device(s) owned or services performed, distributed, leased, or sold

17 by Defendants are associated or connected with Zeltiq, or are sold,

18 licensed, sponsored, approved, or authorized by Zeltiq, or provide

19 services that are the clinical equivalent of any goods or services offered

20 by Zeltiq;

21 (iii)     reproducing, displaying, distributing, or creating derivative

22 works from any text, graphics, photographs, videos, or other materials

23 owned by or emanating from Zeltiq or its Authorized Providers

24 concerning Cryolipolysis and the results therefrom;

25 (iv)     otherwise taking any action likely to cause public confusion,

26 mistake, or deception as to the connection, affiliation, sponsorship,

27

28

**LEWIS BRISBOIS**

1    approval, or other association of Defendants' goods or services with

2    Zeltiq or its goods or services;

3    B.    For an order requiring Defendants to surrender for examination and/or

4    destruction any of Defendants' Lipo Freeze devices, and any similar device labeled

5    with a different name;

6    C.    For an order awarding damages pursuant to 15 U.S.C. § 1117;

7    D.    For an order awarding Zeltiq the profits acquired by Defendants

8    through Defendants' unlawful acts;

9    E.    For an order directing Defendants to provide a full written accounting

10   of all accused devices that Defendants have sold;

11   F.    For an order requiring Defendants to issue corrective advertising to all

12   customers, potential customers, and other recipients of its prior false advertising in a

13   form and manner directed by the Court;

14   G.    For an order directing Defendants to file with this Court, and serve

15   upon Zeltiq's counsel within thirty days after entry of such judgment, a written

16   report under oath, setting forth in detail the manner and form in which it has

17   complied with such judgment;

18   H.    For an award of Zeltiq's costs and disbursements incurred in this

19   action;

20   I.    For an order awarding attorneys' fees for violation of the Lanham Act,

21   or as otherwise allowed by law or equity;

22   J.    For an award of interest, including prejudgment and post-judgment

23   interest at the statutory rate; and

24   K.    Any other additional relief as the Court deems just and proper.

25

26

27

28

LEWIS
BRISBOI
S

1    DATED: July 30, 2015                Respectfully submitted,

2
                                        CARRIE A. SHUFFLEBARGER
3                                       THOMPSON HINE LLP

4
                                        THOMAS S. KIDDÉ
5                                       LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7
                                        By:     /s/ Thomas S. Kiddé
8                                               _____
                                                Thomas S. Kiddé
9                                               Attorneys for Plaintiff ZELTIQ
                                                AESTHETICS, INC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOI
S

1

## DEMAND FOR JURY TRIAL

2      Plaintiff Zeltiq Aesthetics, Inc. hereby demands a trial by jury on all claims so

3  triable.

4

5  DATED:  July 30, 2015          CARRIE A. SHUFFLEBARGER
                                  THOMPSON HINE LLP
6

7                                 THOMAS S. KIDDÉ
                                  LEWIS BRISBOIS BISGAARD & SMITH LLP
8

9

10                                By:      /s/ Thomas S. Kiddé

11                                         Thomas S. Kiddé

12                                         Attorneys for Plaintiff ZELTIQ
                                           AESTHETICS, INC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS

**Ex. A**

**Sun Serenity**
Medi Spa
1045 Sperry Ave, Unit H (SaveMart Center)
Patterson, CA 95363

CoolSculpting is an FDA approved technology that uses cold therapy to freeze and destroy fat cells, with no surgery required. It is also called cryolipolysis and is a pain free method to rid yourself of fat in specific areas.

Other Medi-Spa Services:
Botox
Facials
Microdermabrasion and Peels
Infrared Light Therapy
Infrared Body Wrap
Sclerotherapy (Spider Veins)
Tanning
Versa Spa Spray Tanning

Call and Book your VIP
Treatment today
(209) 892-6415

facebook.com/sunserenityspa
sunserenity.com

**Ex. B**

Videos:

Lipo-Freeze / ColdSculpting:

Website prior to Zeltiq sending the Cease and Desist Letter; this video is a Dr. Oz clip depicting CoolSculpting technology.

**Ex. C**





**Ex. D**



Home        Services & Specials        Videos        Hours & Contact

# Holiday Specials:

## ALL PRODUCTS 25% OFF!

*Tanning:* Three months..................................................................................$99

*Facials:* Peel w/ Microderm.............................................................................$75

## BOOK YOUR HOLIDAY SPA PARTY NOW. HOST RECEIVES GIFT $100 IN VALUE

# Regular Prices and Services*:

*Botox and Fillers:*..............................Please call for pricing. And don't forget to ask about *Botox Parties*!

*Cellulite Reduction / Facial Skin Tightening:*...............................................Starting at $65

*Facials:*.................................................................................................$39 - $59

       Peel.....................................................................................................$75

       +Micro.................................................................................................$99

*Facial Microdermabrasion:*...................................................................Starting at $65

*Infrared Body Wrap:* Single...................................................................................$35

       Month (3 per week)................................................................................$75

*Infrared Red Therapy:* Month.................................................................................$39

*Lipo-Freeze:* .........................................................Special Introductory Rate $595

*Massage:* By Appointment Only: 30 Minutes................................................................$49

       60 Minutes...........................................................................................$69

*Tanning:* Level 2 Single.......................................................................................$8

       Level 2 Month.......................................................................................$40

       Level 4 Single......................................................................................$10

       Level 4 Month.......................................................................................$55

Case 1:15-cv-01204-AWI-SMS   Document 1   Filed 07/30/15   Page 25 of 27

*Teeth Whitening*: ........................................................................................................................Starting at $129

*Waxing*: ........................................................................................................................Starting at $10

*All prices and services are subject to change without notice.

Home | Services & Specials | Videos | Hours & Contact

Ex. E

Home    Services & Specials    Videos    News & Contact

## Videos:

### Lipo-Freeze:

CoolSculpting on The Dr. Oz Show

Removed "CoolSculpting" after Zeltiq sent the Cease and Desist Letter but the video is still on its website